UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| DOROTHY DENISE MILES | ) |
| | ) CASE NO. 17-32936-DHW-13 |
| Debtor(s). | ) |

OBJECTION TO CONFIRMATION

Now comes MAX CREDIT UNION, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. The debtor has failed to provide evidence of insurance coverage as required 11 U.S.C. Section 1326(a)(4) on the collateral securing the loans of the movant, to wit: 2011 FORD TAURUS.

2. The collateral securing the debts of the creditor is grossly undervalued and/or the specified monthly payment is insufficient to provide this creditor with adequate protection against depreciation of its interest over the term of the plan. The plan proposes to value the 2011 Ford Taurus at $7,000.00 whereas the NADA retail value is $9,350.00.

3. The plan fails to provide an appropriate risk adjusted interest rate to be paid on the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(5)(B)(ii). The plan proposes to pay interest on this creditor's claim at a rate of 5%. The current prime rate of interest is 4.25%; therefore, an appropriate risk adjusted rate should be between 5.25% and 7.25%.

4. The plan fails to provide for the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(5). Court Claim #3 was filed in the amount fo $6,998.30. There is equity in the amount of $2,351.70 to secure Court Claim #4. Court Claim #4 will be amended to reflect the deficiency balance once the collateral is disposed. However, the debtor has acknowledged that the vehicle was "very badly damage in accident" prior to filing, it appears that a secured

provision should be made for the full amount of the equity.

      WHEREFORE, MAX CREDIT UNION, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                                    MAX CREDIT UNION

                                    By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

## CERTIFICATE OF SERVICE

   The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this December 1, 2017.

SABRINA L. MCKINNEY
Chapter 13 Trustee
PO BOX 173
MONTGOMERY AL 36101

RICHARD D SHINBAUM
SHINBAUM & CAMPBELL
PO BOX 201
MONTGOMERY AL 36101

DOROTHY DENISE MILES
3429 RIDGEFIELD DRIVE
MONTGOMERY AL 36106

                                    /s/ Leonard N. Math