# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 17-32936 |
| Dorothy Denise Miles } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## NOTICE OF RESETTING/RESCHEDULED OF MEETING OF CREDITORS AND CONFIRMATION HEARING

The Chapter 13 Meeting of Creditors in the above debtor's case has been reset for **January 3, 2018 at 2:30pm** at the Frank M. Johnson, Jr. Federal Courthouse, (Lee Street entrance), Sec. 341 Meeting Room (105), Montgomery, Alabama 36104.

Furthermore, the debtor's confirmation hearing will be held on **February 5, 2018 at 9:30am**, at the United States Bankruptcy Court, One Church Street, Courtroom 4-C, Montgomery, Alabama.

Dated: December 1, 2017.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the Notice of Resetting of Meeting of Creditors and Confirmation hearing and plan to **ALL CREDITORS** and other parties in interest by placing a copy of the same in the U.S. Mail, postage prepaid.

Dated: December 1, 2017

/s/ Richard D. Shinbaum ASB-8638-B54R
*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum Law Firm
566 South Perry Street
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545